Charles H. Horn, Esq. (SB# 63362)
Charles.Horn@leclairryan.com
Michele C. Kirrane, Esq. (SB# 215448)
Michele.Kirrane@leclairryan.com
LECLAIRRYAN LLP
44 Montgomery Street, Suite 3100
San Francisco, California 94104-4705
Telephone:    (415) 391-7111
Telefax:       (415) 391-8766

Attorneys for Defendants
ERNESTO RAMIREZ SURRIBAS (erroneously sued as
ERNESTO S. RAMIREZ) and AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PRIETO and MARGIE PRIETO,<br><br>            Plaintiffs,<br><br>        vs.<br><br>ERNESTO S. RAMIREZ; AMAZON.COM, INC., and DOES 1 through 100, inclusive,<br><br>            Defendants | CASE NO.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(B)**<br><br>**(DIVERSITY JURISDICTION)**<br><br><br><br><br><br>Complaint Filed:  July 21, 2016 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF

CALIFORNIA:

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and 1453,

defendants ERNESTO RAMIREZ SURRIBAS ("Surribas"), erroneously sued as ERNESTO S.

RAMIREZ, and AMAZON.COM, INC. ("Amazon", and collectively "defendants"), hereby

removes to this Court the above-entitled action, pending as Case No. RG16824013, in the

Superior Court of the State of California for the County of Alameda ("State Court Action") as

described below.

///

**PLEADINGS**

1.      On or about July 21, 2016, Plaintiffs David Prieto and Margie Prieto ("Plaintiffs") commenced the Action in the State Court by filing their Form Complaint ("Complaint") entitled *DAVID PRIETO AND MARGIE PRIETO v. ERNESTO S. RAMIREZ; AMAZON.COM, INC.; and DOES 1 through 100, inclusive*, Superior Court of California for the County of Alameda, Case No. RG16824013. The Complaint alleges causes of action for negligence and loss of consortium arising out of a car accident. A copy of the Complaint is attached hereto as **Exhibit A**.

2.      Defendants filed an Answer to the Complaint on August 26, 2016. A copy of the Answer is attached hereto as **Exhibit B**.

**TIMELINESS OF REMOVAL**

3.      Plaintiffs served the Complaint on defendant Amazon on August 3, 2016, and defendant Surribas on August 17, 2016.

4.      Defendants file this Notice of Removal within 30 days of service and receipt of the Summons and Complaint. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b).

**DIVERSITY JURISDICTION**

5.      Based on the allegations in the Complaint, this Court has original jurisdiction over the State Court Action, and Defendants may remove pursuant to the provisions of 28 U.S.C. §§1332(a) and 1441(b) to this Court on the basis of diversity jurisdiction because there is complete diversity between the parties and the amount in controversy exceeds the jurisdictional amount of $75,000.

6.      At the time the Complaint was filed and at the time of this Notice of Removal, defendant Amazon is and was a corporation organized under the laws of the state of Delaware, having its principal place of business in Seattle, Washington.

7.      At the time the Complaint was filed and at the time of this Notice of Removal, defendant Surribas was, and still is, a resident of the state of Washington.

8.      Defendants are informed and believe that plaintiffs were, and still are, residents of the State of California.

9.      Therefore, complete diversity of citizenship exists because plaintiffs reside in California and defendants are residents of Washington.

### INTRADISTRICT ASSIGNMENT

10.     Pursuant to 28 U.S.C. §§1441 (a) and 1446 (b), the United States District Court for the Northern District of California embraces the district and division in which the Alameda County Superior Action is now pending.  As such, this Court is a proper venue for the action pursuant to 28 U.S.C. §84 (c)(1).

### NOTICE TO STATE COURT

11.     Pursuant to 28 U.S.C. § 1446 (d), the undersigned counsel hereby certifies that a true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Superior Court of the State of California, County of Alameda, and served upon all adverse parties.

WHEREFORE, defendants respectfully request that the action pending in the Superior Court of the State of California, Alameda County, be removed to this Court.

Dated: August 26, 2016              LeClairRyan LLP


By:   /s/ Michele C. Kirrane
Charles H. Horn
Michele C. Kirrane
Attorneys for Defendants
ERNESTO RAMIREZ SURRIBAS and
AMAZON.COM, INC.

NOTICE OF REMOVAL - 28 U.S.C. §1441(B) (DIVERSITY JURISDICTION)

# EXHIBIT A

COPY

1 | James J. Romag, Esq., SBN: 241887
2 | Michael S. Smith, Esq., SBN: 268756
Ashley N. Grindstaff, Esq., SBN: 300964
3 | BROWN, KORO & ROMAG, LLP
2440 Camino Ramon
Suite 385
4 | San Ramon, CA 94583
Phone: 925-830-4878
5 | Fax: 925-830-4879

6 | Attorneys for Plaintiffs,
DAVID PRIETO and MARGIE PRIETO
7

ENDORSED
FILED
ALAMEDA COUNTY

JUL 21 2016

CLERK OF THE SUPERIOR COURT
By Xian Xu Bowie

8

9 | SUPERIOR COURT OF THE STATE OF CALIFORNIA

10 | FOR THE COUNTY OF ALAMEDA

11

12

13 | DAVID PRIETO and MARGIE PRIETO,      )      CASE NO.: R G 1 6 8 2 4 0 1 3
                                        )
14 |                         Plaintiffs, )      [Action Is An Unlimited Civil Case]
                                        )
15 |           v.                        )      REQUEST FOR TRIAL BY JURY
                                        )
16 | ERNESTO S. RAMIREZ; AMAZON.COM, INC.;)
17 | and DOES 1 to 100, Inclusive,        )      [Filed Concurrently with Summons and
                                        )      Complaint for Personal Injury, Property
18 |                         Defendants.  )      Damage and Wage Loss]
                                        )
19

20

21

22 |         Plaintiffs, DAVID PRIETO and MARGIE PRIETO, hereby request a jury trial.

23

24 | Dated: July 20, 2016                     BROWN, KORO & ROMAG, LLP

25
                                            By: _____
26                                              JAMES J. ROMAG, ESQ.
                                                MICHAEL S. SMITH, ESQ.
27                                              ASHLEY N. GRINDSTAFF, ESQ.
                                                Attorneys for Plaintiffs
28

REQUEST FOR TRIAL BY JURY

FAXED

COPY

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number, and address):*<br>James J. Romag, Esq., SBN: 241887 / Michael S. Smith, Esq., SBN: 268756 /<br>Ashley N. Gdanstaff, Esq., SBN: 300964<br>BROWN, KORO & ROMAG, LLP<br>2440 Camino Ramon, Suite 385, San Ramon, CA 94583<br>TELEPHONE NO.: 925-830-4878   FAX NO.: 925-830-4879<br>ATTORNEY FOR *(Name):* Plaintiffs; David Prieto and Margie Prieto | FOR COURT USE ONLY<br><br>**ENDORSED**<br>**FILED**<br>**ALAMEDA COUNTY**<br><br>JUL 2 1 2016<br><br>CLERK OF THE SUPERIOR COURT<br>By_____Nan-Xii Bowie |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ·ALAMEDA
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Rene C. Davidson Courthouse

CASE NAME:
David Prieto, et al. v. Ernesto S. Ramirez; Amazon.com, Inc.; et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [✓] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | RG16824013 |
| | | | | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [✓] Auto (22) | [ ] Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400–3.403) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Construction defect (10) |
| **Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse | [ ] Insurance coverage claims arising from the |
| [ ] Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | types (41) |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Defamation (13) | [ ] Commercial (31) | **Miscellaneous Civil Complaint** |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] RICO (27) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Partnership and corporate governance (21) |
| **Employment** | [ ] Petition re: arbitration award (11) · | [ ] Other petition *(not specified above)* (43) |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is  [✓] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [✓] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive

4. Number of causes of action *(specify):* Three

5. This case [ ] is  [✓] is not  a class action suit.

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 07/20/16

Michael S. Smith, Esq.
(TYPE OR PRINT NAME)                                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |
|---|---|---|

FAXED



**SUM-100**

# SUMMONS
### (CITACION JUDICIAL)

| | |
|---|---|
| **NOTICE TO DEFENDANT:** <br> *(AVISO AL DEMANDADO):* <br><br> ERNESTO S. RAMIREZ; AMAZON.COM, INC.; and <br> DOES 1 to 100, Inclusive <br><br> **YOU ARE BEING SUED BY PLAINTIFF:** <br> *(LO ESTÁ DEMANDANDO EL DEMANDANTE):* <br><br> DAVID PRIETO and MARGIE PRIETO | *FOR COURT USE ONLY* <br> *(SOLO PARA USO DE LA CORTE)* <br><br> **ENDORSED** <br> **FILED** <br> **ALAMEDA COUNTY** <br><br> JUL 2 1 2016 <br><br> CLERK OF THE SUPERIOR COURT <br> By Xian-Xii Bowie |

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| | |
|---|---|
| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* <br> ALAMEDA SUPERIOR COURT <br> 1225 Fallon Street, Oakland, CA 94612 | **CASE NUMBER:** <br> *(Número del Caso):* <br> RG16824013 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
James J. Romag, Esq., SBN: 241887 / Michael S. Smith, Esq., SBN: 268756 / Ashley N. Grindstaff, Esq., SBN: 300964;
Brown, Kong & Romag, LLP, 2440 Camino Ramon, Ste. 385, San Ramon, CA 94583; P: 925-830-4878; F: 925-830-4879

| | | | |
|---|---|---|---|
| DATE: JUL 2 1 2016 <br> *(Fecha)* | Clerk, by Chad Fike <br> *(Secretaria)* | Xian-Xii Bowie | , Deputy <br> *(Adjunto)* |

For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
         ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
         ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
         ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

*Page 1 of 1*

| | | |
|---|---|---|
| Form Adopted for Mandatory Use <br> Judicial Council of California <br> SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 <br> www.courtinfo.ca.gov <br><br> American LegalNet, Inc. <br> www.FormsWorkflow.com |

FAXED

COPY

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| James J. Romag, Esq., SBN: 241887 / Michael S. Smith, Esq., SBN: 268756 / Ashley N. Grindstaff, Esq., SBN: 300964<br>BROWN, KORO & ROMAG, LLP<br>2440 Camino Ramon, Suite 385, San Ramon, CA 94583<br>TELEPHONE NO: 925-830-4878 FAX NO. (Optional): 925-830-4879<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs, David Prieto and Margie Prieto | ENDORSED FILED ALAMEDA COUNTY<br>JUL 21 2016<br>CLERK OF THE SUPERIOR COURT<br>By Xian-Xii Bowie |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA<br>STREET ADDRESS: 1225 Fallon Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Oakland, CA 94612<br>BRANCH NAME: Rene C. Davidson Courthouse | |
| PLAINTIFF: DAVID PRIETO and MARGIE PRIETO<br>DEFENDANT: ERNESTO S. RAMIREZ; AMAZON.COM, INC.<br>☑ DOES 1 TO 100, Inclusive | |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>☐ AMENDED (Number):<br>Type (check all that apply):<br>☑ MOTOR VEHICLE ☑ OTHER (specify): Loss of Consortium<br>☑ Property Damage ☐ Wrongful Death<br>☑ Personal Injury ☑ Other Damages (specify): Wage Loss | |
| Jurisdiction (check all that apply):<br>☐ ACTION IS A LIMITED CIVIL CASE<br>Amount demanded ☐ does not exceed $10,000<br>☐ exceeds $10,000, but does not exceed $25,000<br>☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint<br>☐ from limited to unlimited<br>☐ from unlimited to limited | CASE NUMBER:<br>RG16824013 |

1. Plaintiff (name or names): David Prieto and Margie Prieto
   alleges causes of action against defendant (name or names):
   Ernesto S. Ramirez; Amazon.com, Inc.; and DOES 1 to 100, Inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages: 6
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

American LegalNet, Inc. www.FormsWorkflow.com

FAXED

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| PRIETO, et al. v. RAMIREZ, et al. | |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): Amazon.com, Inc.       c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown          (1) ☐ a business organization, form unknown
      (2) ☑ a corporation                                   (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):            (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                     (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                                (5) ☐ other (specify):


   b. ☐ except defendant (name):                        d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown          (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                                   (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):            (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                     (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                                (5) ☐ other (specify):


   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1 to 50 _____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 51 to 100 _____ are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☑ other (specify):
      Def. Ramirez was in the course and scope of his employment with Def. Amazon.com, Inc. at the time of the subject incident.
      Def. Ramirez resides in Washington State. Def. Amazon.com, Inc. is a foreign corporation that has not filed a Statement of
      Information with the California Secretary of State. Pursuant to C.C.P. Section 395, Plaintiffs designate Alameda County.

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| PRIETO, et al. v. RAMIREZ, et al. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
 a. ☑ Motor Vehicle
 b. ☑ General Negligence
 c. ☑ Intentional Tort
 d. ☐ Products Liability
 e. ☐ Premises Liability
 f. ☑ Other *(specify):*

  Loss of Consortium.

11. Plaintiff has suffered
 a. ☑ wage loss
 b. ☑ loss of use of property
 c. ☑ hospital and medical expenses
 d. ☑ general damage
 e. ☑ property damage
 f. ☑ loss of earning capacity
 g. ☑ other damage *(specify):*

  Prejudgment interest according to Civil Code Section 3291.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
 a. ☐ listed in Attachment 12.
 b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
 a. (1) ☑ compensatory damages
  (2) ☐ punitive damages
  The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
  (1) ☑ according to proof
  (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 07/20/16

Michael S. Smith, Esq.
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]      **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**      Page 3 of 3

PLD-PI-001(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| PRIETO, et al. v. RAMIREZ, et al. | |

**FIRST** _____   **CAUSE OF ACTION—Motor Vehicle**
  (number)

ATTACHMENT TO [✓] Complaint   [ ] Cross - Complaint

(Use a separate cause of action form for each cause of action.)

Plaintiff (name): DAVID PRIETO

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries
and damages to plaintiff; the acts occurred
on (date): 02/20/15
at (place):

approximately 10:08 p.m., on I-280 northbound to SR-87 approximately 200 feet south of SR-87, in
the City of San Jose, County of Santa Clara, State of California.

MV- 2. DEFENDANTS
  a. [✓] The defendants who operated a motor vehicle are (names):
       ERNESTO S. RAMIREZ

       [✓] Does  1 _____  to  100 Inclusive

  b. [✓] The defendants who employed the persons who operated a motor vehicle in the course of their employment
       are (names):
       AMAZON.COM, INC.

       [✓] Does  1 _____  to  100 Inclusive

  c. [✓] The defendants who owned the motor vehicle which was operated with their permission are (names):

       [✓] Does  1 _____  to  100 Inclusive

  d. [✓] The defendants who entrusted the motor vehicle are (names):
       ERNESTO S. RAMIREZ

       [✓] Does  1 _____  to  100 Inclusive

  e. [✓] The defendants who were the agents and employees of the other defendants and acted within the scope
       of the agency were (names):
       ERNESTO S. RAMIREZ

       [✓] Does  1 _____  to  100 Inclusive

  f. [✓] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
       [ ] listed in Attachment MV-2f   [✓] as follows:
       DOES 1 TO 100 INCLUSIVE are liable to Plaintiff, the reasons therefore and the nature
       and extent of which has not yet been ascertained.

       [✓] Does  1 _____  to  100 Inclusive          Page  4

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) (Rev. January 1, 2007)

**CAUSE OF ACTION—Motor Vehicle**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| PRIETO, et al. v. RAMIREZ, et al. | |

SECOND      CAUSE OF ACTION—General Negligence    Page    5
_(number)_

ATTACHMENT TO   [X] Complaint   [ ] Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

GN-1. Plaintiff _(name):_ DAVID PRIETO

       alleges that defendant _(name):_ ERNESTO S. RAMIREZ; AMAZON.COM, INC.; and

         [X] Does    1    to   100, Inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on _(date):_ 02/20/15
at _(place):_ approximately 10:08 p.m., on I-280 northbound to SR-87 approximately 200 feet
         south of SR-87, in the City of San Jose, County of Santa Clara, State of California.
_(description of reasons for liability):_

The Defendants, ERNESTO S. RAMIREZ, AMAZON.COM, INC., and DOES 1 through
100, Inclusive, negligently and carelessly entrusted, managed, maintained, and supervised
the operation of, drove and operated their motor vehicle so as to cause an accident with a
1987 Harley Davidson motorcycle being driven and occupied by Plaintiff.

That as a direct and proximate result of the negligence of said Defendants, and each of
them, and by reason of the accident thereby caused, Plaintiff sustained injuries to his head,
body and limbs, all to his damage in a sum that is unknown to him; and any necessary
medical expenses in an amount not yet fully ascertainable.

That as a direct and proximate result of the negligence of said Defendants, and each of
them, and by reason of the accident thereby caused, Plaintiff sustained property damage in
an amount not yet fully ascertainable.

That as a direct and proximate result of the negligence of said Defendants, and each of
them, and by reason of the accident thereby caused, Plaintiff has been unable, and will
continue in the future to be unable to attend to his normal occupation, resulting in a loss of
earnings and earnings capacity, to his damage, in an amount not yet fully ascertainable.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| PRIETO, et al. v. RAMIREZ, et al. | |

<u>THIRD</u>      CAUSE OF ACTION—General Negligence      Page ___6___
   (number)

ATTACHMENT TO   [X] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* MARGIE PRIETO

   alleges that defendant *(name):* ERNESTO S. RAMIREZ; AMAZON.COM, INC.; and

          [X] Does ____1____ to 100, Inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):* 02/20/15
at *(place):* approximately 10:08 p.m., on I-280 northbound to SR-87 approximately 200 feet
          south of SR-87, in the City of San Jose, County of Santa Clara, State of California.
*(description of reasons for liability):*

At all times relevant hereto, Plaintiffs, DAVID PRIETO and MARGIE PRIETO,
were and still are husband and wife.

That as a direct and proximate result of the negligence and unlawful conduct of
Defendants, and each of them, Plaintiff, MARGIE PRIETO, has been deprived of the
services, comfort, society and conjugal companionship of her spouse, thereby sustaining a
loss of consortium all to her general damages in a sum within the jurisdiction of the
unlimited Superior Court.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov/

American LegalNet, Inc.
www.FormsWorkflow.com

# EXHIBIT B

COPY

ENDORSED
FILED
ALAMEDA COUNTY

AUG 2 6 2016

CLERK OF THE SUPERIOR COURT
By
JANIE THOMAS, Deputy

1  Charles H. Horn (State Bar No. 063362)
   Charles.Horn@leclairryan.com
2  Michele C. Kirrane (State Bar No. 215448)
   Michele.Kirrane@leclairryan.com
3  LeClairRyan LLP
   44 Montgomery Street, Thirty-First Floor
4  San Francisco, CA  94104
   Telephone: 415-391-7111
5  Facsimile: 415-391-8766

6  Attorneys for Defendants
7  ERNESTO RAMIREZ SURRIBAS (erroneously sued
   as ERNESTO S. RAMIREZ) and AMAZON.COM,
8  INC.

9            SUPERIOR COURT FOR THE STATE OF CALIFORNIA

10                  FOR THE COUNTY OF ALAMEDA

11

12  DAVID PRIETO and MARGIE PRIETO,          Case No: RG16824013

13              Plaintiffs,                  DEFENDANTS' ANSWER TO
                                             PLAINTIFFS' UNVERIFIED
14  vs.                                      COMPLAINT

15  ERNESTO S. RAMIREZ; AMAZON.COM,
    INC. and DOES 1 to 100, inclusive,
16
              Defendants.                    Case Filed:   July 21, 2016
17                                           Trial Date:   N/A

18      As an answer by defendants ERNESTO RAMIREZ SURRIBAS, erroneously sued as
19  ERNESTO S. RAMIREZ ("Surribas), and AMAZON.COM, INC. ("Amazon", and collectively
20  "Defendants") to Plaintiffs' Complaint ("Complaint"), a denial is made to each and every
21  allegation in the Complaint, and a further denial is made that any loss, damage or injury, of any
22  kind or character, whether in the amount set forth in the Complaint, or in any other sum, or at all,
23  has been suffered by Plaintiffs by reason of any act, omission, fault, negligence or carelessness
24  on the part of the said Defendants or on the part of any of the said Defendants' agents, servants,
25  or employees.
26                           AFFIRMATIVE DEFENSES
27      AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT
28

                                      1

1  AND EACH CAUSE OF ACTION THEREOF, it is alleged that the Complaint and each cause of

2  action therein fails to state facts sufficient to constitute a cause of action against Defendants.

3       AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT

4  AND EACH CAUSE OF ACTION THEREOF, it is alleged that the Plaintiffs were careless and

5  negligent with respect to the matters alleged in the Complaint, and that such carelessness and

6  negligence proximately contributed to the happening of the accident and to the injuries, loss and

7  damages complained of, if any there were, and Plaintiffs' contributory negligence either bars or

8  proportionately reduces any potential recovery.

9       AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT

10  AND EACH CAUSE OF ACTION THEREOF, it is alleged that Plaintiffs expressly or impliedly

11  assumed the risk, if any there was, at the time and place of the incidents referred to in the

12  Complaint.

13       AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT

14  AND EACH CAUSE OF ACTION THEREOF, it is alleged that another defendant, or others,

15  were careless and negligent with respect to the matters alleged in the Complaint, and that this

16  carelessness and negligence proximately caused or contributed to the happening of the incident

17  referred to in the Complaint.

18       AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT

19  AND EACH CAUSE OF ACTION THEREOF, it is alleged that the non-economic injuries and

20  damages, if any, of which Plaintiffs complain, were directly and proximately caused or

21  contributed to by other persons or entities, and that any judgment against Defendants for non-

22  economic damages may only be in the direct proportion to defendants' percentage of fault,

23  pursuant to California Civil Code Section 1431, et seq.

24       AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT

25  AND EACH CAUSE OF ACTION THEREOF, it is alleged that Plaintiffs failed and neglected to

26  use reasonable care to protect themselves and to minimize the losses and damages complained of,

27  if any there were.

28       AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

1  COMPLAINT AND EACH CAUSE OF ACTION THEREOF, it is alleged that the Complaint

2  does not state facts sufficient to constitute a cause of action in that the Complaint is barred by the

3  Statute of Limitations stated in part II, Title 2, Chapter 3, of the California Code of Civil

4  Procedure, beginning with Section 335 and continuing through Section 349.4, and more

5  particularly, but not limited to, Section 335.1.

6       AS AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

7  COMPLAINT AND EACH CAUSE OF ACTION THEREOF, Defendants allege that Plaintiffs

8  have unreasonably delayed in bringing this action to the prejudice of these answering Defendants,

9  and are therefore barred from bringing this action by the Doctrine of Laches.

10       AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT

11  AND EACH CAUSE OF ACTION THEREOF, Defendants allege that should Plaintiffs recover

12  damages from these answering Defendants, Defendants are entitled to indemnification, either in

13  whole or in part, from all persons or entities whose negligence and/or fault proximately

14  contributed to Plaintiffs' damages, if any there are.

15       AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT

16  AND EACH CAUSE OF ACTION THEREOF, Defendants allege that the Complaint, and each

17  cause of action thereof, is barred by virtue of plaintiffs' conduct in causing the damages alleged

18  by Plaintiffs under the Doctrine of Unclean Hands.

19       AS AN ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

20  COMPLAINT AND EACH CAUSE OF ACTION THEREOF, it is alleged that Plaintiffs' claims

21  for relief herein are barred and/or subject to proportional reduction according to comparative fault

22  principles.

23       AS A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

24  COMPLAINT AND EACH CAUSE OF ACTION THEREOF, it is alleged that the answering

25  Defendants owed no duty of care toward plaintiffs and that Plaintiffs' injuries were not

26  proximately caused by the acts or omissions of Defendants.

27       AS A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

28  COMPLAINT AND EACH CAUSE OF ACTION THEREOF, it is alleged that Plaintiffs failed

1  to mitigate their alleged damages, if any there were, and this failure to mitigate contributed to the

2  amount and extent of Plaintiffs' damages, if any there were.

3       AS A FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

4  COMPLAINT AND EACH CAUSE OF ACTION THEREOF, it is alleged that Plaintiffs have

5  failed to join indispensable parties and the Complaint is thereby defective, and Plaintiffs are

6  thereby precluded from any recovery whatsoever as prayed for therein.

7       AS A FIFTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

8  COMPLAINT AND EACH CAUSE OF ACTION THEREOF, it is alleged that Plaintiffs'

9  damages, if any, were proximately caused by an unforeseeable, independent, intervening and/or

10  superseding event beyond the control of, and unrelated to any conduct of, these answering

11  Defendants. Defendants' actions, if any, were superseded by the negligence and wrongful

12  conduct of others.

13       AS A SIXTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

14  COMPLAINT AND EACH CAUSE OF ACTION THEREOF, it is alleged that the Complaint is

15  vague on its face and Defendants cannot determine at this time all of the affirmative defenses that

16  they should allege. Defendants reserve the right to assert further affirmative defenses as the facts

17  of the matter are disclosed in discovery.

18       WHEREFORE, Defendants pray for judgment against plaintiffs as follows:

19            1.    That Plaintiffs take nothing by way of their Complaint;

20            2.    That Defendants be awarded their costs of suit, including reasonable

21  attorney fees; and

22            3.    For such other and further relief as this Court deems just and proper.

23  Dated: August 26, 2016            LECLAIRRYAN LLP

24

25                  By:

26                      CHARLES H. HORN
                       MICHELE C. KIRRANE

27                      Attorneys for Defendants
                       ERNESTO RAMIREZ SURRIBAS and

28                      AMAZON.COM, INC.

*Prieto v. Amazon*
Alameda Superior Court Case No.: RG16824013

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco, California, over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, 31st Floor, San Francisco, California, 94104. I served the within: **DEFENDANTS' ANSWER TO PLAINTIFFS' UNVERIFIED COMPLAINT**

**PARTIES SERVED:**      Prieto Counsel
James Romag
Michael S. Smith
Brown, Koro & Romag, LLP
2440 Camino Real, Suite 385
San Ramon, CA 94583-4383
T:     (925) 830-4878
F:     (925) 830-4879
michaelsmith@brownkororomag.com

__X__   **BY MAIL:** on the parties in said cause, by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, as addressed on the service list.

____   **BY OVERNIGHT DELIVERY:** I deposited copies of the above document at a Federal Express facility regularly maintained, in an envelope or package designated by FedEx with delivery fees paid or provided for the office indicated below.

____   **BY FACSIMILE:** I caused the said document to be transmitted by facsimile machine to the number indicated after the address(es) noted on the service list.

____   **(BY PERSONAL SERVICE)** I caused these documents to be delivered by hand delivery via Wheels of Justice to the offices indicated below.

____   **BY EMAIL:** on the parties in said cause, by sending an electronic copy to the email address located on the service list.

____   **(BY FILE&SERVE XPRESS)** I electronically served the above-referenced document(s) through File&Serve Xpress to the parties or their counsel as listed on the Service List attached herewith. This service complies with CCP 1013(a) and California Rules of Court, Rule 2.251(i)(1).

I certify and declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 26, 2016 at San Francisco, California.

By Juliet Kelly