# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PRIETO and MARGIE PRIETO,<br><br>Plaintiffs,<br><br>vs.<br><br>ERNESTO S. RAMIREZ; AMAZON.COM, INC., and DOES 1 through 100, inclusive,<br><br>Defendants | CASE No 3:16-cv-04921 SI<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Private ADR** (*specify process and provider*)
   Mr. David Samuelsen

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☒ other requested deadline: February 15, 2017

Date:  December 2, 2016

/s/ Michael S. Smith
James Romag
Michael S. Smith
BROWN, KORO & ROMAG, LLP
Attorneys for Plaintiffs
DAVID PRIETO and MARGIE PRIETO

Date:  December 2, 2016

/s/ Michele Kirrane
Michele C. Kirrane
LECLAIRRYAN, LLP
Attorney for Defendants,
ERNESTO RAMIREZ SURRIBAS and
AMAZON.COM, INC.

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:

_____
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Form ADR-Stip rev. 7-2016*