UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID PRIETO, ET AL.,

    Plaintiffs,

    v.

ERNESTO S RAMIREZ, et al.,

    Defendants.

Case No. 16-cv-04921-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 2, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: May 26, 2017.

DESIGNATION OF EXPERTS: April 3, 2017; REBUTTAL: April 17, 2017;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: May 26, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; May 26, 2017;
    Opp. Due: June 9, 2017; Reply Due: June 16, 2017;
    and set for hearing no later than June 30, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 1, 2017 at 3:30 PM.

JURY TRIAL DATE: August 14, 2017 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall be prepared to discuss ADR at the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 2/27/17



SUSAN ILLSTON
United States District Judge