James J. Romag, Esq., SBN: 241887
Michael S. Smith, Esq., SBN: 268756
**BROWN, KORO & ROMAG, LLP**
2440 Camino Ramon
Suite 385
San Ramon, CA 94583
Phone: 925-830-4878
Fax: 925-830-4879

Attorneys for Plaintiffs,
**DAVID PRIETO and MARGIE PRIETO**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PRIETO, *et al.*, | CASE NO.: 16-cv-04921-SI |
| Plaintiffs, | |
| v. | **STIPULATION TO DISMISS ENTIRE ACTION** |
| ERNESTO S. RAMIREZ, *et al.*, | **[P~~ROPOS~~ED] ORDER** |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs DAVID PRIETO and MARGIE PRIETO and defendants ERNESTO RAMIREZ SURRIBAS and AMAZON.COM, INC. have reached a settlement and now seek the court's approval to dismiss the entire action.

## STIPULATED RECITALS

1. On March 16, 2017, a settlement was reached amongst the parties.

2. On March 29, 2017, the Plaintiffs executed releases, and the Defendants have

subsequently paid the settlement monies.

3. The parties wish to dismiss the entire action of all parties and all causes of action, with prejudice, with each side to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: May 1, 2017  **LECLAIRRYAN LLP**

By: /s/ *Charles H. Horn*
CHARLES H. HORN, ESQ.
MICHELE C. KIRRANE, ESQ.
Attorneys for Defendants

Dated: May 1, 2017  **BROWN, KORO & ROMAG, LLP**

By: /s/ *Michael S. Smith*
JAMES J. ROMAG, ESQ.
MICHAEL S. SMITH, ESQ.
Attorneys for Plaintiffs

## ORDER

Pursuant to the forgoing stipulation, it is hereby ORDERED, the entire action of all parties and all causes of action relative to case number 16-cv-04921-SI - Prieto, *et. al.* v. Ramirez, *et al.*, is hereby DISMISED WITH PREJUDICE; each side to bear its own costs and attorneys' fees.

Dated: 5/1/17

*Susan Illston*
HON. SUSAN ILLSTON
JUDGE OF THE U.S. DISTRICT COURT